UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States Of America,<br><br>   Plaintiff,<br><br>   v.<br><br>Vincent Dylan Beach,<br><br>   Defendant. | Case No. 2:23-mj-00254-EJY<br><br>**ORDER** |

The Court finds that Mr. Beach has completed the special conditions of his unsupervised probation in accordance with his plea agreement and sentence.

IT IS THEREFORE ORDERED that the status conference set for July 10, 2024, at 9:30 AM is vacated.

DATED this 8th day of July, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

3